1

2

3

4

5

6            **UNITED STATES DISTRICT COURT**

7                  **DISTRICT OF NEVADA**

8

9    FAYE WILLIAMS,                  )          2:06-cv-00858-BES-RJJ
                                     )
10                    Plaintiff,     )
                                     )
11           v.                      )
                                     )          **ORDER**
12   CREDIT ONE FINANCIAL, *et al.*, )
                                     )
13                    Defendants.    )
     _____)

14

15          Before this Court is Plaintiff's Motion to Set aside and Vacate Order on Defendant's

16   Motion to Compel (Doc #48) filed on October 19, 2007,  in which the Magistrate Judge granted

17   Defendant's Motion to Compel (Doc #32) and Supplement to First Motion to Compel (#38) on

18   October 3, 2007 (Doc #39).  Defendants filed their Opposition to Plaintiff's Motion to Set Aside

19   and Vacate Order on(Doc #52) on November 6, 2007.

20                               **I.  BACKGROUND**

21          The current motion arises out of a October 3, 2007 Magistrate Judge Order (Doc #39)

22   granting  Defendant's  Motion  to  Compel  (Doc #32)  filed  on  September  26,  2007  and

23   Supplement for Defendant's Motion to Compel (Doc #38) filed on September 26, 2007.

24   Plaintiff failed to file an opposition to the motion, consequently the Court granted said motion

25   pursuant to local Rule 7-2(d).  In light of Plaintiff's nonopposition, the Court ordered that on or

26   before October 19, 2007, Plaintiff shall provide the information that was the subject of the

27   Motion to Compel (#32).  The Court further ordered Defendant to file an affidavit of fees and

28   ///

1  costs incurred in bringing the Motion to Compel on or before October 19, 2007 and Plaintiff

2  shall have to October 29, 2007, to file a response to the affidavit for fees and costs.  A hearing

3  was scheduled for November 1, 2007, on the requests for fees and costs related to the Motion

4  to Compel (#32).

5      Plaintiff explains that on February 5, 2007, she was involved in a hit and run motor

6  vehicle accident where she sustained substantial bodily injury.   Plaintiff requested and was

7  granted an extension of time by Defendant to respond to the interrogatories and document

8  production.  Subsequently, on May 5, 2007, Plaintiff had a slip and fall wherein she sustained

9  a fracture to her right foot which further incapacitated and inhibited her ability to complete

10 Defendant's request in a timely manner.

11     On October 3, 2007, Plaintiff wrote and mailed a letter to the Court a requesting a

12 hearing on Defendant's Motion to Compel.  Plaintiff believes that because the Court never got

13 a chance to see the letter before rendering its decision (Order #39 entered October 3, 2007),

14 that she was placed at a disadvantage by not having a hearing in open court to plead her

15 position.

16                                  **II.  ANALYSIS**

17     A nondispositive order entered by a magistrate judge must be deferred to unless it is

18 "clearly erroneous or contrary to law."  See Grimes v. City and County of San Francisco, 951

19 F.2d 236, 241 (9th Cir. 1991);  Laxalt v. McClatchy, 602 F. Supp. 214, 216 (D. Nev. 1985);

20 28 U.S.C. § 636(b)(1)(A);  Fed.R.Civ.P. 72(a);  Local Rule IB 3-1.  The "clearly erroneous"

21 standard applies to the Magistrate Judge's factual findings while the "contrary to law" standard

22 applies to the Magistrate Judge's legal conclusions.  Grimes, 951 F.2d at 240.  A factual

23 finding is clearly erroneous if the reviewing court is left with "a definite and firm conviction that

24 a mistake has been committed."  Burdick v. C.I.R., 979 F.2d 1369, 1370 (9th Cir. 1992).  Under

25 the contrary to law standard, the Court conducts a de novo review of the Magistrate Judge's

26 legal conclusions.  Grimes, 951 F.2d at 241.  Applying these standards, the Court cannot find

27 that the Magistrate Judge committed clear error or that the Magistrate Judge's decision is

28 contrary to law.  Accordingly,

2

1       IT IS HEREBY ORDERED that Plaintiff's Motion to Set Aside and Vacate Order on

2   Defendant's Motion to Compel (Doc #48) is DENIED.

3       DATED: This 25TH  day of January, 2008.

4

5

6   _____

7     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28